■ In the Matter of CRESTON AVENUE PHARMACY, INC.,

Respondent, v NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES et al., Appellants. [598 NYS2d 895] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered on August 30, 1991, unanimously affirmed for the reasons stated by Katz, J., without costs and without disbursements. No opinion. Concur—Murphy, P. J., Rosenberger, Ross, Asch and Kassal, JJ.